

United States District Court
Eastern District of California



OCT 07 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

BRIAN KAMLADE,

Plaintiff(s)

Case Number: 1:21-cv-00522

V.

LEO PHARMA INC. and LEO PHARMA A/S,

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Joshua D. Arisohn _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Brian Kamlade

On ____03/26/2007____ (date), I was admitted to practice and presently in good standing in the ____State of New York____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ____10/06/2021____   Signature of Applicant: /s/ ____Joshua D. Arisohn____

**Pro Hac Vice Attorney**

Applicant's Name: Joshua D. Arisohn

Law Firm Name: Bursor & Fisher, P.A.

Address: 888 Seventh Avenue

City: New York    State: NY    Zip: 10019

Phone Number w/Area Code: (646) 837-7150

City and State of Residence: Brooklyn, NY

Primary E-mail Address: jarisohn@bursor.com

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: L. Timothy Fisher

Law Firm Name: Bursor & Fisher, P.A.

Address: 1990 N. California Blvd., Suite 940

City: Walnut Creek    State: CA    Zip: 94596

Phone Number w/Area Code: (925) 300-4455    Bar #: 191626

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/7/21

_____
JUDGE, U.S. DISTRICT COURT