Sylvia Huang (Bar No. 313358)
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
syhuang@cov.com

Michael X. Imbroscio (*pro hac vice*)
Andrew Soukup (*pro hac vice*)
Alyssa Vallar (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
mimbroscio@cov.com
asoukup@cov.com
avallar@cov.com

*Attorneys for Defendant LEO Pharma Inc. and LEO Pharma A/S*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KAMLADE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEO PHARMA INC. and LEO PHARMA A/S,<br><br>Defendants. | Civil Case No. 1:21-CV-00522-DAD-EPG<br><br>**STIPULATION AND ORDER REGARDING SERVICE OF PROCESS ON DEFENDANT LEO PHARMA A/S AND TO EXTEND TIME FOR LEO PHARMA A/S TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: March 29, 2021<br><br>Judge: Hon. Dale A. Drozd<br>Courtroom: 5, 7th Floor |

No. 1:21-CV-00522-DAD-EPG
STIPULATION AND ORDER REGARDING SERVICE
OF PROCESS ON DEFENDANT LEO PHARMA A/S
AND TO EXTEND TIME FOR LEO PHARMA A/S TO
RESPOND TO COMPLAINT

1

Plaintiff Brian Kamlade and Defendant LEO Pharma A/S (together, the "Parties") hereby agree and stipulate as follows:

1. Counsel for Defendant LEO Pharma Inc. in this action agrees to accept service of the Complaint filed in this action on behalf of Defendant LEO Pharma A/S.

2. This stipulation does not constitute an admission of any factual allegation or legal conclusion. LEO Pharma A/S retains all of its rights, defenses, and affirmative defenses, including the right to raise the defenses of lack of personal jurisdiction and failure to state a claim against LEO Pharma A/S.

3. The Parties further agree that the deadline for LEO Pharma A/S to file its response to the Complaint shall be extended until the date that is 21 days after the Court issues a ruling on LEO Pharma Inc.'s pending motion to dismiss (ECF No. 15).

Dated: October 25, 2021

Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ *Sylvia Huang*
Sylvia Huang (Bar No. 313358)
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
syhuang@cov.com

Michael X. Imbroscio (*pro hac vice*)
Andrew Soukup (*pro hac vice*)
Alyssa Vallar (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
mimbroscio@cov.com
asoukup@cov.com
avallar@cov.com

*Attorneys for Defendant LEO Pharma Inc. and LEO Pharma A/S*

No. 1:21-CV-00522-DAD-EPG
STIPULATION AND ORDER REGARDING SERVICE
OF PROCESS ON DEFENDANT LEO PHARMA A/S
AND TO EXTEND TIME FOR LEO PHARMA A/S TO
RESPOND TO COMPLAINT

2

Dated: October 25, 2021               BURSOR & FISHER, P.A.


By: <u>/s/ *L. Timothy Fisher*</u>
<u>(as authorized on 10/25/2021)</u>
L. Timothy Fisher (Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimilie: (925) 407-2700
ltfisher@bursor.com

Joshua D. Arisohn (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
jarisohn@bursor.com

*Attorneys for Plaintiff*


## **ORDER**

Pursuant to the parties' stipulation (ECF No. 24), IT IS HEREBY ORDERED that the deadline for LEO Pharma A/S to file its response to the complaint is extended to twenty-one (21) days after the Court issues a ruling on LEO Pharma Inc.'s pending motion to dismiss (ECF No. 15).

IT IS SO ORDERED.

Dated:   **October 26, 2021**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

No. 1:21-CV-00522-DAD-EPG
STIPULATION AND ORDER REGARDING SERVICE
OF PROCESS ON DEFENDANT LEO PHARMA A/S
AND TO EXTEND TIME FOR LEO PHARMA A/S TO
RESPOND TO COMPLAINT

3