Sylvia Huang (Bar No. 313358)
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
syhuang@cov.com

Michael X. Imbroscio (*pro hac vice*)
Andrew Soukup (*pro hac vice*)
Alyssa Vallar (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
mimbroscio@cov.com
asoukup@cov.com
avallar@cov.com

*Attorneys for Defendants LEO Pharma Inc. and LEO Pharma A/S*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KAMLADE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEO PHARMA INC. and LEO PHARMA A/S,<br><br>Defendants. | Civil Case No. 1:21-CV-00522-DAD-EPG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR LEO PHARMA INC. AND LEO PHARMA A/S TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: March 29, 2021<br><br>Judge: Hon. Dale A. Drozd<br>Courtroom: 5, 7th Floor |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR LEO PHARMA INC. AND LEO PHARMA A/S TO RESPOND TO FIRST AMENDED COMPLAINT

Case No. 1:21-CV-00522-DAD-EPG

1    Plaintiff Brian Kamlade and Defendants LEO Pharma Inc. and LEO Pharma A/S
2 (together, the "Parties"), by and through their undersigned counsel, hereby submit this stipulation
3 to set a briefing schedule for Defendants' forthcoming motions to dismiss Plaintiff's First
4 Amended Complaint.
5    WHEREAS, on February 7, 2022, this Court granted LEO Pharma Inc.'s motion to
6 dismiss the complaint, but permitted Plaintiff to file an amended complaint on or before February
7 28, 2022.  *See* Doc. No. 26 at 10.
8    WHEREAS, on February 15, 2022, Plaintiff filed the First Amended Complaint.  *See* Doc.
9 No. 27.
10    WHEREAS, Defendants' deadline to respond to the First Amended Complaint is March 2,
11 2022.
12    WHEREAS, the Parties have conferred and now stipulate and agree, subject to the Court's
13 approval, to the following schedule to govern briefing on Defendants' forthcoming motions to
14 dismiss:
15    1.   Defendants' motions to dismiss the First Amended Complaint shall be filed on or
16         before March 25, 2022.
17    2.   Plaintiff's opposition to any motion to dismiss shall be filed on April 22, 2022.
18    3.   Defendants' reply to any opposition brief shall be filed on May 13, 2022.
19    WHEREAS, this is the first modification of time that the Parties have sought in this Court
20 for the briefing schedule for Defendants' response to Plaintiff's Amended Complaint;
21
22    NOW THEREFORE, the Parties hereby stipulate and agree to the following deadlines:
23    1.   The deadline for Defendants to file their motions to dismiss the First Amended
24 Complaint shall be extended to March 25, 2022;
25    2.   The deadline for Plaintiff to file an opposition to any motion to dismiss shall be
26 extended to April 22, 2022; and
27    3.   The deadline for Defendants to file a reply to any opposition brief shall be
28 extended to May 13, 2022.

| | | |
|---|---|---|
| 1 | Dated: February 17, 2022 | Respectfully submitted, |
| 2 | | COVINGTON & BURLING LLP |

By: /s/ *Sylvia Huang*
Sylvia Huang (Bar No. 313358)
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
syhuang@cov.com

Michael X. Imbroscio (*pro hac vice*)
Andrew Soukup (*pro hac vice*)
Alyssa Vallar (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
mimbroscio@cov.com
asoukup@cov.com
avallar@cov.com

*Attorneys for Defendants LEO Pharma Inc. and LEO Pharma A/S*

Dated: February 17, 2022         BURSOR & FISHER, P.A.

By: /s/ *L. Timothy Fisher*
(as authorized on February 17, 2022
L. Timothy Fisher (Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimilie: (925) 407-2700
ltfisher@bursor.com

Joshua D. Arisohn (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
jarisohn@bursor.com

*Attorneys for Plaintiff*

# ORDER

Pursuant to the parties' stipulation (ECF No. 28), IT IS HEREBY ORDERED that Defendants' motion to dismiss the First Amended Complaint shall be filed by March 25, 2022, Plaintiff's opposition shall be filed by April 13, 2022, and Defendants' reply shall be filed by May 13, 2022.

IT IS SO ORDERED.

Dated: **February 18, 2022**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE