**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jarisohn@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KAMLADE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>LEO PHARMA INC. and LEO PHARMA A/S,<br><br>Defendants. | Civil Case No. 1:21-CV-00522-ADA-EPG<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Ana I. de Alba<br>Courtroom: 1, 8th Floor |

Plaintiff Brian Kamlade ("Plaintiff") and Defendants LEO Pharma Inc. and LEO Pharma A/S ("Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby submit this joint status report per the request of the Court on August 31, 2022 (ECF No. 42).

**Procedural History**

Plaintiff filed this case on March 29, 2021. ECF No. 1. The complaint asserted one claim for breach of the implied warranty of merchantability. Plaintiff asserted this claim on behalf of a putative nationwide class and California subclass.

On June 1, 2021, LEO Pharma Inc. filed a motion to dismiss Plaintiff's complaint.[1] ECF No. 15. On February 7, 2022, Judge Drozd granted LEO Pharma Inc.'s motion to dismiss, holding that the learned intermediary doctrine barred Plaintiff's claim. ECF No. 26.

Judge Drozd's dismissal order permitted Plaintiff to file an amended complaint. Plaintiff filed his First Amended Complaint ("FAC") on February 15, 2022. ECF No. 27. The FAC asserted claims for breach of the implied warranty of merchantability, negligence, and unjust enrichment. Plaintiff again asserted these claims on behalf of a putative nationwide class and California subclass.

LEO Pharma Inc. and LEO Pharma A/S filed separate motions to dismiss the FAC on March 25, 2022. ECF Nos. 32-33. Defendants' motions to dismiss the FAC were fully briefed as of May 31, 2022. ECF Nos. 32-33, 37-40.

**Pending Motions**

Two motions are pending before the Court, both of which are still at issue:

- Defendant LEO Pharma Inc. has filed a motion to dismiss under Fed. R. Civ. P. 12(b)(6) and 12(f), arguing that the FAC fails to state a claim for relief and that, even if it does, the class-action allegations are facially deficient and should be stricken.

---

[1] When LEO Pharma Inc. filed its motion to dismiss, LEO Pharma A/S had not been served with the complaint. On October 25, 2021, the Parties filed a stipulation pursuant to which LEO Pharma Inc. would accept service of the complaint on behalf of LEO Pharma A/S, and LEO Pharma A/S's deadline to respond to the complaint would be extended to 21 days after the Court issued a ruling on LEO Pharma Inc.'s then-pending motion to dismiss. ECF No. 24. Magistrate Judge Grosjean granted that stipulation on October 27, 2021. ECF No. 25.

JOINT STATUS REPORT                                                                                       1
CASE NO. 1:21-CV-00522-ADA-EPG

- Defendant LEO Pharma A/S has filed a motion to dismiss under Fed. R. Civ. P. 12(b)(2), arguing that, in addition to the grounds for dismissal asserted by LEO Pharma Inc., the claims against LEO Pharma A/S should be dismissed for lack of personal jurisdiction.

**Settlement Negotiations**

The Parties had preliminary informal settlement discussions in or around March 2021 but were not able to resolve this matter.  The Parties had additional informal settlement discussions in or around late February 2022 after Judge Drozd dismissed Plaintiff's original complaint, but were still not able to resolve this matter.

The Parties believe a remote settlement conference before a magistrate judge may help them resolve this dispute.

**Status Conference**

The Parties do not request a status conference at this time.

Dated:  September 15, 2022          Respectfully submitted,

**BURSOR & FISHER, P.A**.

By: ___/s/ L. Timothy Fisher___
         L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jarisohn@bursor.com

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| 1 | Dated:  September 15, 2022 | Respectfully submitted, |
| 2 | | **COVINGTON & BURLING LLP** |
| 3 | | By:   /s/ Andrew Soukup (as authorized on 9/15/2022) |
| 4 | | Andrew Soukup |

Sylvia Huang (Bar No. 313358)
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
syhuang@cov.com

Michael X. Imbroscio (*pro hac vice*)
Andrew Soukup (*pro hac vice*)
Alyssa Vallar (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
mimbroscio@cov.com
asoukup@cov.com
avallar@cov.com

*Attorneys for Defendants LEO Pharma Inc. and LEO Pharma A/S*