# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KAMLADE, *on behalf of himself and all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LEO PHARMA INC., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-00522-ADA-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 44). |

On November 28, 2022, the parties filed a joint stipulation for dismissal without prejudice and with each party to bear its own attorneys' fees and costs. (ECF No. 44). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice, with each party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　**November 29, 2022**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1