1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRIAN KAMLADE,<br><br>               Plaintiff,<br><br>    v.<br><br>LEO PHARMA INC.,<br><br>               Defendant. | Case No.  1:21-cv-00522-ADA-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 46). |

On November 28, 2022, the parties filed a stipulation for the dismissal of this action *without* prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 44). The Court issued an order closing the case on November 29, 2022. (ECF No. 45). On December 15, 2022, the parties filed a stipulation for dismissal *with* prejudice of Plaintiff's claims against Defendants LEO Pharma Inc. and Leo Pharma A/S, with each party to bear their own costs, expenses, and attorney's fees related to this action. (ECF No. 46). Accordingly, IT IS ORDERED that:

1.  The Court vacates its November 29, 2022 order (ECF No. 45) regarding the parties' stipulation for dismissal without prejudice.

2.  In light of the parties' stipulation (ECF No. 46), this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to

1

bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 3, 2023**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE